**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMAEL GOMEZ, | ) | CASE NO. CV 10-00829 R (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| DARREL ADAMS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of SAMAEL GOMEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 18, 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE